UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER JAMES LITTLE | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:17–CV–00328 |
| | § | |
| NANCY A. BERRYHILL, ACTING | § | |
| COMMISSIONER OF THE SOCIAL | § | |
| SECURITY ADMINISTRATION | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**MEMORANDUM AND RECOMMENDATION AND REMANDING CASE**

Pending before the Court is the Memorandum and Recommendation of United States Magistrate Judge Andrew M. Edison. On February 22, 2018, this case was referred to Judge Edison for report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). Pending before Judge Edison were the parties' competing Motions for Summary Judgment. (Dkts. 8, 10). On June 25, 2018, Judge Edison filed a Memorandum and Recommendation recommending that Plaintiff's Motion for Summary Judgment (Dkt. 8) be granted, Defendant's Motion for Summary Judgment (Dkt. 10) be denied, the decision of the ALJ be reversed, and the case be remanded to the Commissioner of the Social Security Administration ("Commissioner") for an award of disability insurance benefits.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff's Motion for Summary Judgment (Dkt. 8) is **GRANTED**;

(3) Defendant's Motion for Summary Judgment (Dkt. 10) is **DENIED**;

(4) The decision of the Commissioner is **REVERSED**; and

(5) This matter is **REMANDED** to the Commissioner for an award of disability insurance benefits.

It is so **ORDERED**.

SIGNED at Galveston, Texas, this 12th day of July, 2018.

**George C. Hanks Jr.**
**United States District Judge**