UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER JAMES LITTLE | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:17–CV–00328 |
| | § | |
| NANCY A. BERRYHILL, ACTING | § | |
| COMMISSIONER OF THE SOCIAL | § | |
| SECURITY ADMINISTRATION | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION AND REMANDING CASE

Pending before the Court is the Memorandum and Recommendation of United States Magistrate Judge Andrew M. Edison. On February 22, 2018, this case was referred to Judge Edison for report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B). Pending before Judge Edison was Plaintiff Christopher James Little's Motion for Attorney Fees Under the Equal Access to Justice Act 28 U.S.C. Section 2412(d)(l)(A) ("Motion for Attorney Fees"). (Dkt. 17). On August 16, 2018, Judge Edison filed a Memorandum and Recommendation recommending that the Motion for Attorney Fees (Dkt. 18) be granted.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1)     Judge Edison's August 16, 2018 Memorandum and Recommendation is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2)     Plaintiff's Motion for Attorney Fees (Dkt. 17) is **GRANTED**; and

(3)     Plaintiff Christopher James Little is **AWARDED** $7,440.39 in attorney's fees and $400.00 reimbursable costs from the Judgment Fund.

It is so **ORDERED**.

SIGNED and ENTERED this _____ day of September, 2018.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE