UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| CHRISTOPHER JAMES LITTLE | § | |
| | § | |
| Plaintiff. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:17–CV–00328 |
| | § | |
| ANDREW SAUL,[1] | § | |
| COMMISSIONER OF THE SOCIAL | § | |
| SECURITY ADMINISTRATION | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On February 22, 2018, this case was referred to United States Magistrate Judge Andrew M. Edison. Dkt. 6. On August 20, 2019, Judge Edison filed a Memorandum and Recommendation (Dkt. 21) recommending that Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Dkt. 20) be **GRANTED**.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

---

[1] On June 17, 2019, Andrew Saul became the Commissioner of Social Security ("Commissioner") and is automatically substituted as a party pursuant to Federal Rule of Civil Procedure 25(d).

(1) Judge Edison's Memorandum and Recommendation (Dkt. 21) is **APPROVED AND ADOPTED** in its entirety as the holding of the Court;

(2) Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Dkt. 20) is **GRANTED**; and

(3) Plaintiff Christopher James Little is **AWARDED** $18,534.50 in attorney's fees out of Little's past-due benefits pursuant to Section 406(b).

It is so **ORDERED**.

SIGNED at Galveston, Texas, this 5th day of September, 2019.

_____
George C. Hanks Jr.
United States District Judge